**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-4446-GW-AFMx | Date | November 14, 2022 |
|---|---|---|---|
| Title | *Caroline Forte Trindade, et al. v. United States of America* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION**

On November 1, 2022, an Order to Show Cause for Lack of Prosecution was issued. Plaintiff was given until November 10, 2022 to respond and no response or objection has been filed. Plaintiff is hereby notified that this action is dismissed without prejudice.

| | : |
|---|---|
| Initials of Preparer | JG |